Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 18–35256–MBK
          Chapter: 7
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J Rein
   884 Mill Creek Road
   Manahawkin, NJ 08050

Social Security No.:
   xxx–xx–3353

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

   You are hereby notified that the Clerk has determined that the

      ☑    debtor
      ☐    joint debtor

   received a discharge in case number 12–33790 , commenced on 9/28/2012. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

   Objections to this matter must be in writing and filed with the Clerk on or before May 13, 2019 at

          U.S. Bankruptcy Court
          402 East State Street
          Trenton, NJ 08608

   In the event a timely objection is filed, a hearing will be held before the Honorable Judge Michael B. Kaplan on:

DATE:          May 20, 2019
TIME:          10:00 AM
COURTROOM:   8

Dated: April 22, 2019
JAN: mrg

                                                                                        Jeanne Naughton
                                                                                       Clerk