**Information to identify the case:**

| | | |
|---|---|---|
| **Debtor 1:** | John J Rein<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–3353<br>EIN: _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter:  13   12/28/18 |
| Case number: | 18–35256–MBK | Date case converted to chapter:  7   4/18/19 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | John J Rein | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 884 Mill Creek Road<br>Manahawkin, NJ 08050 | |
| 4. | **Debtor's attorney**<br>Name and address | Brian S. Thomas<br>Brian S. Thomas, Esq<br>327 Central Ave<br>Suite 103<br>Linwood, NJ 08221 | Contact phone (609) 601–6066 |
| 5. | **Bankruptcy trustee**<br>Name and address | Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Ave., PO Box 8415<br>Bldg. 2, 3rd Floor<br>Red Bank, NJ 07701 | Contact phone (732) 530–5300 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 4/22/19 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 17, 2019 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/16/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                   page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 18-35256-MBK
John J Rein                                                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 1                 Date Rcvd: Apr 22, 2019
                              Form ID: 309A                Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
```
db              +John J Rein,    884 Mill Creek Road,    Manahawkin, NJ 08050-4539
517979087       +Causeway Ford Lincoln Mercury,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                  Parsippany, NJ 07054-4609
517942626       +ED Financial,    120 North Seven Oaks Drive,    Knoxville, TN 37922-2359
518066271       +HSBC Bank USA, N.A.,    1 Corporate Drive,    Suite 360,    Lake Zurich, IL 60047-8945
517942628       +HSBC Mortgage Corporation,    2929 Walden Avenue,    Depew, NY 14043-2690
517942629        McCabe Weisberg & Conway,    216 Haddon Avenue,    Westmont, NJ 08108
518035544       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: brian@brianthomaslaw.com Apr 22 2019 23:52:14      Brian S. Thomas,
                  Brian S. Thomas, Esq,    327 Central Ave,    Suite 103,    Linwood, NJ  08221
tr              +EDI: BBDATKINSON Apr 23 2019 03:43:00      Bunce Atkinson,    Atkinson & DeBartolo,
                  2 Bridge Ave., PO Box 8415,    Bldg. 2, 3rd Floor,    Red Bank, NJ 07701-8415
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 22 2019 23:52:55      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 22 2019 23:52:53      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518049589        EDI: RESURGENT.COM Apr 23 2019 03:43:00      Ashley Funding Services, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517942623        EDI: CAPITALONE.COM Apr 23 2019 03:43:00      Capital One,    PO Box 85015,    Richmond, VA 23285
518017020       +EDI: AIS.COM Apr 23 2019 03:43:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
517942624       +EDI: RCSFNBMARIN.COM Apr 23 2019 03:43:00      Credit One Bank,    6801 South Cimarron Road,
                  Las Vegas, NV 89113-2273
517942625        EDI: DISCOVER.COM Apr 23 2019 03:43:00      Discover,    PO Box 15316,    Wilmington, DE 19850
517957557        EDI: DISCOVER.COM Apr 23 2019 03:43:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
517942627        E-mail/Text: bankruptcy@glsllc.com Apr 22 2019 23:52:23      Global Lending Service,
                  1200 Brookfield Boulevard,    Greenville, SC 29607
518068262        E-mail/Text: bankruptcy@glsllc.com Apr 22 2019 23:52:23      Global Lending Services LLC,
                  1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518066219        EDI: RESURGENT.COM Apr 23 2019 03:43:00      LVNV Funding, LLC,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
517942630       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 22 2019 23:54:31      Regional Acceptance Corp,
                  PO Box 830913,    Birmingham, AL 35283-0913
517964418        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 22 2019 23:54:31      Regional Acceptance Corporation,
                  PO Box 1847,    Wilson, NC 27894-1847
517944701       +EDI: RMSC.COM Apr 23 2019 03:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517942631       +EDI: WFFC.COM Apr 23 2019 03:43:00      Wells Fargo Dealer Services,    PO Box 1697,
                  Winterville, NC 28590-1697
                                                                                                TOTAL: 17
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0