UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, LLC**
**By: Francis T. Tarlecki, Esq. (Atty. I.D.#FTT1433)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: HSBC Bank USA, N.A.

IN re:

John J. Rein
    Debtor

Order Filed on June 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-35256-MBK
Chapter: 7
Judge: Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following pages is hereby **ORDERED**

**DATED: June 12, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**(Page 2)**
Debtor:  John J. Rein
Case No: 18-35256-MBK
Caption of Order:  ORDER VACATING STAY

---

Upon the motion of **HSBC Bank USA, N.A.**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

884 Mill Creek Road, Stafford, NJ 08050

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
John J Rein  
      Debtor

Case No. 18-35256-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1          Date Rcvd: Jun 12, 2019  
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.
db             +John J Rein,    884 Mill Creek Road,    Manahawkin, NJ 08050-4539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    HSBC Bank USA, N.A. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
      Brian S. Thomas    on behalf of Debtor John J Rein brian@brianthomaslaw.com  
      Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org  
      Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Francis T. Tarlecki    on behalf of Creditor    HSBC Bank USA, N.A. Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
      Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                         TOTAL: 7