Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−35256−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J Rein
   884 Mill Creek Road
   Manahawkin, NJ 08050

Social Security No.:
   xxx−xx−3353

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by Bunce Atkinson.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐   The corporate debtor is self−represented.

    ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 11/12/19
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: October 11, 2019
JAN:

                                                                    Jeanne Naughton
                                                                    Clerk

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin                  Page 1 of 2              Date Rcvd: Oct 11, 2019
                                 Form ID: 170                 Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
```
db          +John J Rein,    884 Mill Creek Road,    Manahawkin, NJ 08050-4539
517979087   +Causeway Ford Lincoln Mercury,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
              Parsippany, NJ 07054-4609
517942626   +ED Financial,    120 North Seven Oaks Drive,    Knoxville, TN 37922-2359
518066271   +HSBC Bank USA, N.A.,    1 Corporate Drive,    Suite 360,   Lake Zurich, IL 60047-8945
517942628   +HSBC Mortgage Corporation,    2929 Walden Avenue,    Depew, NY 14043-2690
517942629    McCabe Weisberg & Conway,    216 Haddon Avenue,    Westmont, NJ 08108
518035544   +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
517942631   +Wells Fargo Dealer Services,    PO Box 1697,   Winterville, NC 28590-1697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2019 00:49:19     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2019 00:49:14     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518049589    E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2019 00:44:10
              Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
517942623    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 12 2019 00:44:44     Capital One,
              PO Box 85015,    Richmond, VA 23285
518017020   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 12 2019 00:45:06
              Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517942624   +E-mail/PDF: creditonebknotifications@resurgent.com Oct 12 2019 00:43:16     Credit One Bank,
              6801 South Cimarron Road,    Las Vegas, NV 89113-2273
517942625    E-mail/Text: mrdiscen@discover.com Oct 12 2019 00:48:09     Discover,   PO Box 15316,
              Wilmington, DE 19850
517957557    E-mail/Text: mrdiscen@discover.com Oct 12 2019 00:48:09     Discover Bank,
              Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517942627    E-mail/Text: bankruptcy@glsllc.com Oct 12 2019 00:46:44     Global Lending Service,
              1200 Brookfield Boulevard,    Greenville, SC 29607
518068262    E-mail/Text: bankruptcy@glsllc.com Oct 12 2019 00:46:44     Global Lending Services LLC,
              1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518066219    E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2019 00:44:10     LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517942630   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 12 2019 00:44:14     Regional Acceptance Corp,
              PO Box 830913,    Birmingham, AL 35283-0913
517964418    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 12 2019 00:44:14     Regional Acceptance Corporation,
              PO Box 1847,   Wilson, NC 27894-1847
517944701   +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:43:01     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 14
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
```
          Alexandra T. Garcia   on behalf of Creditor   HSBC Bank USA, N.A. NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Brian S. Thomas   on behalf of Debtor John J Rein brian@brianthomaslaw.com
```

```
District/off: 0312-3            User: admin                 Page 2 of 2                  Date Rcvd: Oct 11, 2019
                                Form ID: 170                Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com, maraujo@atkinsondebartolo.org
          Bunce Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Francis T. Tarlecki    on behalf of Creditor    HSBC Bank USA, N.A. Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                TOTAL: 8