Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–35256–KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John J Rein
884 Mill Creek Road
Manahawkin, NJ 08050

Social Security No.:
xxx–xx–3353

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/13/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-35256-KCF
John J Rein                                                                  Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Nov 15, 2019
                             Form ID: 148          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db          +John J Rein,    884 Mill Creek Road,    Manahawkin, NJ 08050-4539
517979087   +Causeway Ford Lincoln Mercury,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
             Parsippany, NJ 07054-4609
517942626   +ED Financial,    120 North Seven Oaks Drive,    Knoxville, TN 37922-2359
518046271   +HSBC Bank USA, N.A.,    1 Corporate Drive,    Suite 360,   Lake Zurich, IL 60047-8945
517942628   +HSBC Mortgage Corporation,    2929 Walden Avenue,    Depew, NY 14043-2690
517942629    McCabe Weisberg & Conway,    216 Haddon Avenue,    Westmont, NJ 08108
518035544   +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2019 01:25:57     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2019 01:25:53     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518049589    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 01:34:54
             Ashley Funding Services, LLC,   Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
517942623    EDI: CAPITALONE.COM Nov 16 2019 05:53:00     Capital One,    PO Box 85015,    Richmond, VA 23285
518017020   +EDI: AIS.COM Nov 16 2019 05:53:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
             Oklahoma City, OK 73118-7901
517942624   +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2019 01:34:51     Credit One Bank,
             6801 South Cimarron Road,    Las Vegas, NV 89113-2273
517942625    EDI: DISCOVER.COM Nov 16 2019 05:53:00     Discover,    PO Box 15316,    Wilmington, DE 19850
517957557    EDI: DISCOVER.COM Nov 16 2019 05:53:00     Discover Bank,    Discover Products Inc,
             PO Box 3025,    New Albany, OH  43054-3025
517942627    E-mail/Text: bankruptcy@glsllc.com Nov 16 2019 01:24:54     Global Lending Service,
             1200 Brookfield Boulevard,    Greenville, SC 29607
518068262    E-mail/Text: bankruptcy@glsllc.com Nov 16 2019 01:24:54     Global Lending Services LLC,
             1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518066219    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 01:34:54     LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517942630   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 16 2019 01:34:50     Regional Acceptance Corp,
             PO Box 830913,    Birmingham, AL 35283-0913
517964418    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 16 2019 01:34:50     Regional Acceptance Corporation,
             PO Box 1847,    Wilson, NC 27894-1847
517944701   +EDI: RMSC.COM Nov 16 2019 05:53:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
517942631   +EDI: WFFC.COM Nov 16 2019 05:53:00     Wells Fargo Dealer Services,    PO Box 1697,
             Winterville, NC 28590-1697
                                                                                         TOTAL: 15

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Alexandra I. Garcia   on behalf of Creditor   HSBC Bank USA, N.A. NJECFMAIL@mwc-law.com,
              nj-ecfmail@ecf.courtdrive.com
              Brian S. Thomas   on behalf of Debtor John J Rein brian@brianthomaslaw.com
              Bunce Atkinson   on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,   NJ09@ecfcbis.com,
              maraujo@atkinsondebartolo.org

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 15, 2019
                             Form ID: 148              Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Bunce  Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Denise E. Carlon   on behalf of Creditor   Global Lending Services, LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Francis T. Tarlecki   on behalf of Creditor   HSBC Bank USA, N.A. Njecfmail@mwc-law.com,
          ftarlecki.kashlaw@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor   Global Lending Services, LLC
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8