UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ATKINSON & DEBARTOLO, P.C
The Galleria, 2 Bridge Avenue, P.O. Box 8415
Red Bank, New Jersey 07701
BA 9186
Attorney for: Trustee Bunce D. Atkinson

**Order Filed on November 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

JOHN J. REIN,

      Debtor.

Case No. 18-35256

Hearing Date: November 12, 2019 at 10:00 A.M.

Judge: Honorable Kathryn C. Ferguson

## ORDER DISMISSING CASE
## AND REVOKING DISCHARGE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

—

**DATED: November 13, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:            John J. Rein

Case No.:          18-35256/KCF

Caption of Order:  Order Dismissing Case and Revoking Discharge

---

**THIS MATTER** having been brought before the Court by Atkinson & DeBartolo, P.C., attorneys for the Trustee, Bunce D. Atkinson, Esq., Bunce D. Atkinson, Esq. appearing, and notice having been provided to the attorney for the Debtor, Brian S. Thomas, Esq. the Debtor, John J. Rein, and the Office of the United States Trustee and the Court having considered the pleadings filed herein, and for good cause shown,

It is **ORDERED** as follows:

1. The Debtor's Chapter 7 case be and hereby is dismissed; and

2. If a Discharge has been entered it is revoked.

United States Bankruptcy Court
District of New Jersey

In re:  
John J Rein  
    Debtor

Case No. 18-35256-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 15, 2019  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.  
db        +John J Rein,   884 Mill Creek Road,   Manahawkin, NJ 08050-4539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:

        Alexandra T. Garcia    on behalf of Creditor    HSBC Bank USA, N.A. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Brian S. Thomas    on behalf of Debtor John J Rein brian@brianthomaslaw.com  
        Bunce Atkinson    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com, maraujo@atkinsondebartolo.org  
        Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org  
        Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Francis T. Tarlecki    on behalf of Creditor    HSBC Bank USA, N.A. Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
        Kevin Gordon McDonald    on behalf of Creditor    Global Lending Services, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                        TOTAL: 8